# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL       929.294.2540
DIRECT EMAIL     jdabbs@kaplanhecker.com

February 28, 2024

BY ECF & EMAIL

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The conference is adjourned to April 19, 2024 at 12:30 p.m. Time is excluded until April 19, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> February 29, 2024

Re: *United States v. Robert Nunez et al.*, 21 Cr. 246 (RA)

Dear Judge Abrams:

    I represent Robert Nunez, a defendant in the above-captioned case, and write to request an adjournment of the status conference currently scheduled for this Friday, March 1, 2024, at noon. The government does not object to this request. Specifically, we seek an adjournment of approximately 45 days, to the week of April 15 or thereafter, which would afford the defense additional time to review the voluminous discovery produced to date and further consider any potential pretrial motions. The requested adjournment would also permit the parties to explore a potential pretrial resolution of the matter.

    Should the Court grant this request, the defendant consents to the exclusion of time under the Speedy Trial Act until the rescheduled conference date because the exclusion will permit the defense to continue to review the discovery and consider any pretrial motions it may make.

    We thank the Court for its consideration of this request.

Respectfully submitted,

Jenna M. Dabbs
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
jdabbs@kaplanhecker.com

Cc:     Assistant United States Attorneys Danielle Kudla and Alexander Li