# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ʳᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    929.294.2540
DIRECT EMAIL   jdabbs@kaplanhecker.com

May 20, 2024

BY ECF

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The status conference is adjourned to June 12, 2024 at 3:00 p.m. Time is excluded until June 12, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _/s/ Ronnie Abrams_
> Ronnie Abrams, U.S.D.J.
> May 21, 2024

Re:   *United States v. Robert Nunez et al.*, 21 Cr. 246 (RA)

Dear Judge Abrams:

    We write on behalf of Robert Nunez, a defendant in the above-captioned case, to request an adjournment of the status conference currently scheduled for this Thursday, May 23, 2024, at 3:00 p.m. The government does not object to this request. Specifically, we seek a modest adjournment of the conference to any date during the week of June 10, or on Monday, June 17, to allow the parties to continue to explore a potential pretrial resolution of this case. The government reports that it is available anytime, but if convenient for the Court, suggests the week of June 10, other than on June 11 from 10:00 a.m. to 2:00 p.m. or June 12 from 10:00 a.m. to 2:00 p.m.

    Should the Court grant this request, the defendant consents to the exclusion of time under the Speedy Trial Act until the rescheduled conference date because the exclusion will permit the parties to continue their discussions regarding a potential pretrial resolution of this case.

    We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Jenna M. Dabbs*

Jenna M. Dabbs
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63ʳᵈ Floor
New York, New York 10118
Telephone: (212) 763-0883
jdabbs@kaplanhecker.com

Cc:   (by ECF)
      Assistant United States Attorneys Danielle Kudla & Alexander Li