# Hecker Fink LLP

350 FIFTH AVENUE | 63ʳᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL     212.763.0883
DIRECT EMAIL   jdabbs@heckerfink.com

November 7, 2024

> Application granted. The sentencing remains scheduled for November 21, 2024 at 12:00 p.m. Defendant's sentencing submission shall be filed by November 11, 2024 and the Government's sentencing submission shall be filed by November 18, 2024.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> November 7, 2024

**BY ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Robert Nunez et al.*, 21 Cr. 246 (RA)

Dear Judge Abrams:

    We write to request a short extension of time to file our sentencing submission, due to be filed today, on behalf of Robert Nunez, who is scheduled to be sentenced by Your Honor on November 21, 2024.

    We request an extension until November 11, 2024 to file our sentencing submission. We have requested no prior extensions of any filing deadline in this case. We seek this short extension because we were not granted entry to the MDC to meet with Mr. Nunez this morning to review our submission with him.

    The government does not oppose this request, provided they are also granted the same extension for their own submission to November 18. Thank you for your time and consideration of this matter.[1]

---

[1] If granted, we ask that the court keep Mr. Nunez's sentencing at its current date, November 21. Mr. Nunez has many family members taking off work and travelling long distances (including his son, who is travelling from Spain) to attend the sentencing.

Hecker Fink LLP

2

Respectfully submitted,

*[signature]*

Jenna M. Dabbs
Nicholas D. Pavlis
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
Telephone: (212) 763-0883
jdabbs@kaplanhecker.com
npavlis@kaplanhecker.com

cc: (by ECF and email)
   AUSA Danielle M. Kudla
   AUSA Alexander Nuo Li