**Hecker Fink LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL      929.294.2540
DIRECT EMAIL    jdabbs@heckerfink.com

November 13, 2024

**BY ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 14, 2024

Re:   *United States v. Robert Nunez, et al.*, 21 Cr. 246 (RA)

Dear Judge Abrams:

    We write on behalf of Robert Nunez to respectfully submit a corrected version of the defense's sentencing submission that was filed on Monday, November 11, 2024. *See* ECF 149. After filing the submission, the parties have conferred, and because of that correspondence, the defense wishes to clarify certain language in its letter describing the parties' plea discussions, as well as address the status of Mr. Nunez's custody at the MDC given his pending state case. Accordingly, enclosed is a revised version of Mr. Nunez's sentencing letter that (1) adds a sentence to the end of the second paragraph of Section II; (2) revises the third paragraph of Section IV(d); and (3) removes footnote three.

    The defense therefore respectfully requests that the attached version of Mr. Nunez's sentencing submission be treated as the operative version before the Court.

    We thank the Court for its consideration of this request.

Respectfully submitted,

Jenna M. Dabbs
Nicholas D. Pavlis